IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hayes, John W | Case Number: 08 B 01533 |
|---|---|---|
|  | Hayes, Anna L | Judge: Goldgar, A. Benjamin |
|  | Printed: 01/29/09 | Filed: 1/24/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 19, 2008
Confirmed: April 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,578.59 |  |
| Secured: |  | 1,100.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,484.00 |
| Trustee Fee: |  | 316.18 |
| Other Funds: |  | 678.41 |
| Totals: | 5,578.59 | 5,578.59 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 3,484.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | Nuvell Credit Company LLC | Secured | 27,857.56 | 1,100.00 |
| 5. | Chase Home Finance | Secured | 2,733.19 | 0.00 |
| 6. | Capital One | Unsecured | 232.03 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 263.07 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 9.53 | 0.00 |
| 9. | Nuvell Credit Company LLC | Unsecured | 94.98 | 0.00 |
| 10. | AT&T Wireless | Unsecured | 35.07 | 0.00 |
| 11. | New Century Mortgage | Secured |  | No Claim Filed |
| 12. | CSI II DBA Loan Express | Unsecured |  | No Claim Filed |
| 13. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 14. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 15. | Clerk of The Circuit Court (Co | Unsecured |  | No Claim Filed |
| 16. | A All Financial | Unsecured |  | No Claim Filed |
| 17. | DAG Financial Trust | Unsecured |  | No Claim Filed |
| 18. | American Collection Corp | Unsecured |  | No Claim Filed |
| 19. | Marauder Corporation | Unsecured |  | No Claim Filed |
| 20. | Marauder Corporation | Unsecured |  | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 22. | Arrow Financial Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,709.43 | $ 4,584.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hayes, John W | Case Number: 08 B 01533 |
|---|---|---|
| | Hayes, Anna L | Judge: Goldgar, A. Benjamin |
| | Printed: 01/29/09 | Filed: 1/24/08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 11.42 |
| 6.5% | 304.76 |
| | $ 316.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

